FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
**Pro Se [Non-Prisoner] Complaint Form**

MAY 1 6 2002

LARRY W. PROPES, CLERK
U. S. DISTRICT COURT

*[Enter the full name of the plaintiff in this action]*  )  Civil Action No. 6:02 : 1697 24BI
Carlton J. Slade  )  *(to be assigned by Clerk)*
)
)
v.  )
)
*[Enter the full name of each defendant in this action. If possible, please list only one defendant per line.]*  )
)
John E. Potter  )
Postmaster General  )
United States Postal Service  )
Agency  )
)
)
)
)
)
)
)

If allowed by statute, do you wish to have a trial by jury?  Yes ✓   No ____

*[If any answer requires additional space, please use additional paper and attach hereto.]*

**I.  PREVIOUS LAWSUITS**

A. *Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?*

Yes ____   No ✓

1

B. *If your answer to A is Yes, describe the lawsuit in the space below. [If more than one lawsuit, describe on another sheet of paper using the same outline.]*

1. Parties to this previous lawsuit:

   Plaintiff: _____

   Defendant(s): _____

2. Court: _____
   (If federal court, name the district; if state court, name the county)

3. Docket Number: _____

4. Name(s) of Judge(s) to whom case was assigned: _____

5. Status of Case: _____
   (For example, was the case dismissed? Settled? Appealed? Still Pending?)

6. Date lawsuit was filed: _____

7. Date of disposition (if concluded): _____

C. *Do you have any other lawsuit(s) pending in the federal court in South Carolina?*

   Yes _____    No _____

## II. PARTIES

*In Item A below, place your name and address in the space provided. [If additional plaintiffs, do the same on another sheet of paper.]*

A. Name of Plaintiff: **Carlton J. Slade**
   Address: **4692 Liberty Hwy, Anderson, SC 29621**
   **226-0963 (home Phone)**

*In Item B below, place the full name of the defendant, and his/her/its address, in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: **Kristina K. Humphries, EAS-15**
   Address: **Customer Service Supervisor, Greenville, SC**

C. *Additional Defendants (provide the same information for each defendant as listed in Item B above):*

Vickie A. Arrowood, EAS-20
Postmaster, Piedmont, SC
John Monta
Union President, Greenville, SC
John Vespaziani
City Letter Carrier, Greenville, SC
Jimmy Highsmith
City Letter Carrier, Greenville, SC

III. **STATEMENT OF CLAIM**
*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the name(s) of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets of paper if necessary.*

I was placed on restricted sick leave through false statements and fraudulent writings or documents by Ms. Humphries. On August 19, 1999, I was called into the station managers office along with Mr. Vespaziani as my union representative, because I was the union steward for the station and was given the restricted sick leave letter. This was my first meeting

3

### III. STATEMENT OF CLAIM - *continued.*

about my attendance or absences. Since Mr. Vespaziani had been called in as my union representative, I asked Mr. Vespaziani to file a grevance on the restricted sick leave letter, but he did not. After receiving the restricted sick leave letter, I was continuously harassed by management. In October Mr Vespaziani was voted in as the station's union steward. In January, Mr. Vespaziani stepped down as steward and Mr. Jimmie Highsmith was appointed steward by Mr. John Monta without having an election or anything. I was continuously misrepresented by the union. In September and October of 2000, my rights were continuously violated by management and was wrongfulley terminated.

## IV. RELIEF.

*State briefly and exactly what you want this court to do for you.*

$1,000,000 for lost wages, benefits, pain and suffering.
$3,000,000 for punitive damages.
Payment of all court cost and attorney fees.

***I declare under penalty of perjury that the foregoing is true and correct.***

Signed this 15th day of May, 2002

Carlton J Slade
Signature of Plaintiff